**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| LAUREN WEINER and DEBORAH PEARLMAN, each individually, as personal representatives of the estates of Mathew Silberman and Jamie Draper, and on behalf of all others similarly situated,<br><br>       PLAINTIFFS,<br><br>          v.<br><br>LEGACY TOUCH, INC., GLUECKERT FUNERAL HOME, LTD., and KRISTAN FUNERAL HOME P.C.,<br><br>       DEFENDANTS. | 3:24-cv-01827-DWD<br><br>Hon. David W. Dugan |

**PLAINTIFFS' OPPOSITION TO DEFENDANT KRISTAN FUNERAL HOME P.C.'S**
**JOINDER AND MOTION TO DISMISS PLAINTIFFS'**
**FIRST AMENDED COMPLAINT**

On December 9, 2024, Defendant Kristan Funeral Home, P.C. ("Kristan") filed a joinder and motion to dismiss Plaintiffs' First Amended Complaint which contains the following 10 causes of action: BIPA sections 15(a), 15(b), 15(c), 15(d); violating ICFA; invasion of privacy; tortious interference, civil conspiracy, negligent misrepresentation, and intentional misrepresentation. Dkt. 55 ("Joinder"). The motion should be denied.

The Joinder states:

> Kristan hereby joins Glueckert's Motion, including all supporting documents, and incorporates it, herein fully by reference as Kristan's Motion to Dismiss as if fully set forth herein.

> Additionally, the legal arguments set forth in Legacy's Motion to Dismiss are applicable to Kristan, and therefore Kristan hereby joins Legacy's Motion, including all supporting documents, and incorporates it, herein fully by reference as Kristan's Motion to Dismiss as if fully set forth herein.

Dkt. 55 at ¶¶10-11. Defendants Glueckert's and Legacy's motions to dismiss were filed on October 11, 2024. Dkts. 33 and 34.

The Joinder offers no new arguments. Like Glueckert's and Legacy's motions to dismiss, the Joinder cannot refute that allegations in the First Amended Complaint are plausible and allow for reasonable inferences concerning Defendants' actions to be made. The allegations are not speculative – fingerprints of the deceased were lugubriously harvested and later marketed and offered as keepsake jewelry.

All three Defendants engaged in unauthorized and exploitative practices, collecting, capturing, receiving, storing, selling, leasing, trading, profiting from, disclosing, redisclosing, and disseminating fingerprints. Worse, they did so without obtaining any required informed written consent.

Defendants' willful, reckless, or negligent disregard for BIPA's requirements and other claims brought here have caused real and substantial harm. Accordingly, this Court should deny

Kristan's Joinder and motion to dismiss in its entirety and permit Plaintiffs to proceed with their claims, fully in line with the statute's protective and remedial purposes.

Plaintiffs incorporate responses and arguments made in oppositions to Defendants' Glueckert's and Legacy's motions to dismiss. Dkts. 36 and 37.

Dated: January 8, 2025

*s/ Gary Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Tel: (866) 252-0878
gklinger@milberg.com

Patrick S. Montoya*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Florida Bar No. 524441
pmontoya@milberg.com
Tel.: (305) 458-1797

Charles J. LaDuca (*pro hac vice*)
Brendan S. Thompson (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
2445 M Street, N.W., Suite 720
Washington DC 20037
Tel.: (202) 789-3960
charles@cuneolaw.com
brendant@cuneolaw.com

James J. Pizzirusso (*pro hac vice*)
Ian Engdahl (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel.: (202) 540-7154
jpizzirusso@hausfeld.com
iengdahl@hausfeld.com

2

Steven M. Nathan (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY, 10004
Tel.: (646) 357-1100
snathan@hausfeld.com

Charles Barrett
**NEAL & HARWELL, PLC**
1201 Demonbreun St.
Suite 1000
Nashville, TN 37203
Tel.: (615) 244-1713
cbarrett@nealharwell.com

*\* Pro Hac Vice Forthcoming*

*Counsel for Plaintiffs and the Proposed
Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Gary M. Klinger, do hereby certify that on **January 8, 2025**, I caused a true and correct copy of **PLAINTIFFS' OPPOSITION TO DEFENDANT KRISTAN FUNERAL HOME P.C.'S JOINDER AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** to be filed electronically. Notice of this filing will be sent through the Court's CM/ECF system to counsel of record.

*/s/ Gary M. Klinger*