IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAUREN WEINER, ET AL, )<br>*each individually, as personal representatives* )<br>*of the estates of Pam Kennedy, Mathew* )<br>*Silberman, and Jamie Draper, and on behalf of* )<br>*all others similarly situated,* )<br>)<br>    **Plaintiffs,** )<br>)<br>vs. )<br>)<br>LEGACY TOUCH, INC., ET AL, )<br>)<br>    **Defendants.** ) | Case No. 3:24-cv-1827-DWD |

**JUDGMENT IN A CIVIL ACTION**

**DUGAN, District Judge:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on September 4, 2025 (Doc. 77), this matter is **DISMISSED with prejudice** as to Defendants Legacy Touch Inc. and Glueckert Funeral Home, Ltd.

    Pursuant to the Order entered on May 8, 2025 (Doc. 73), Defendant Kristan Funeral Home was **DISMISSED with prejudice** from this action.

    Accordingly, this case is closed.

    **IT IS SO ORDERED.**

    **DATED: September 4, 2025**

                                                        **MONICA A. STUMP, Clerk of Court**

                                                        *s/ Dana M. Winkeler*
                                                        **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**